**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Haywood WILLIAMS, Jr.,**
**Defendant–Appellant.**

No. 02–6951.

United States Court of Appeals,
Fourth Circuit.

Submitted March 4, 2003.

Decided March 26, 2003.

Haywood Williams, Jr., Appellant Pro Se.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Haywood Williams, Jr., appeals the district court's order denying his motions for release of medical records, and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the

district court. *See United States v. Williams,* No. CR–44–71–N (E.D. Va. Jan. 24 & Mar. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*